IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 19 PM 3:

ROBERT R. DI TROLIO
CLERK, U.S. DISTRICT CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                NO. 05-20080-Ma/An

DALE SHANE JOHNSON,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND
REFERRING MATTER TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL

---

Before the court is the April 18, 2005, motion to withdraw filed by appointed counsel for the defendant, Linda Parson Khumalo. For good cause shown, the motion is granted and Ms. Khumalo is allowed to withdraw from representing the defendant in this matter. The matter is referred to the magistrate judge for appointment of counsel for the defendant pursuant to the Criminal Justice Act.

It is so ORDERED this 19th day of April, 2005.

                               /s/ Samuel H. Mays, Jr.

                               SAMUEL H. MAYS, JR.
                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20080 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT