IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -4  AM 6: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,

VS.                                         NO. 05-20080-Ma

DALE SHANE JOHNSON,

    Defendant.

---

### ORDER OF TRANSFER

---

The Honorable Jon P. McCalla has set a change of plea hearing for November 16, 2005, as to the defendant Dale Shane Johnson in a related case (No. 2:05cr20079-Ml). The above named defendant, Dale Shane Johnson, is hereby transferred to Judge McCalla. Co-defendant Fred Kratt will remain assigned to Judge Mays.

It is so ORDERED this 3d day of November, 2005.

                                                                /s/ Samuel H. Mays, Jr.
                                                                SAMUEL H. MAYS, JR.
                                                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CR-20080 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT