IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 17 PM 4: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NOS. 05-20079-Ml |
| ) | 05-20080-Ml |
| DALE SHANE JOHNSON ) | |
| ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on November 16, 2005, the United States Attorney for this district, Tim DiScenza, appearing for the Government and the defendant, Dale Shane Johnson, appearing in person and with counsel, Michael Scholl, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment in case 05-20079-Ml.

Indictment 05-20080-Ml will be dismissed at sentencing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, FEBRUARY 14, 2006, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the __17__ day of November, 2005.

_/s/ Jon P. McCalla_
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-18-05_

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:05-CR-20080 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Jon McCalla
US DISTRICT COURT